JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94150
Tel:   (415) 744-6566
Fax:   (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMITE CIVICO DEL VALLE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and LAURA YOSHII, in her official capacity as Acting Regional Administrator for Region IX of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. 09-cv-04095-PJH<br><br>**STIPULATION TO EXTEND ANSWER DEADLINE AND TO CONTINUE INITIAL DISCOVERY, ADR REQUIREMENTS, AND CASE MANAGEMENT CONFERENCE**<br><br>**AND**<br><br>**[~~PROPOSED~~] ORDER THEREON** |

Stipulation to Extend Answer Deadline and to
Continue Initial Discovery, ADR Requirements,
and Case Management Conference and
[Proposed] Order Thereon                                                Case No. 09-cv-04095-PJH

1   WHEREAS, on September 3, 2009, Plaintiff Comite Civico Del Valle, Inc. filed the
2   complaint in the above-captioned matter against Defendants Lisa P. Jackson, in her official
3   capacity as Administrator of the United States Environmental Protection Agency, and Laura
4   Yoshii, in her official capacity as Acting Regional Administrator for Region IX of the United
5   States Environmental Protection Agency (collectively, "EPA"), alleging that EPA has failed to
6   undertake certain nondiscretionary duties under section 304(a)(2) of the Clean Air Act, 42 U.S.C.
7   § 7604(a)(2);

8   WHEREAS, on October 14, 2009, Plaintiff perfected service of the complaint on the
9   United States;

10  WHEREAS, Plaintiff and EPA seek to resolve this case through private settlement,
11  thereby reducing litigation expenses and preserving the Court's resources, and are currently
12  engaged in settlement discussions;

13  WHEREAS, any final settlement of this case must be approved by authorized officials at
14  the United States Department of Justice and EPA, a process that can take several weeks;

15  WHEREAS, at least 30 days before any final settlement of this matter can be entered,
16  EPA must provide notice of such settlement in the Federal Register and an opportunity for public
17  comment pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);

18  WHEREAS, no previous requests for extensions of time or continuances have been filed
19  in this case, and the parties believe that the requested extension and continuances below will not
20  adversely affect the schedule of this case;

21  NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through
22  their undersigned counsel, hereby stipulate to the following:

23  1.   EPA's time for responding to Plaintiff's complaint is continued until February 3,
24  2010;

25  2.   The parties' deadline to meet and confer regarding initial disclosures, early
26  settlement, ADR process selection and certification, and discovery planning is continued until
27  February 17, 2010;

28  3.   The parties' deadline to file initial disclosures, a Case Management Statement,

Stipulation to Extend Answer Deadline and to
Continue Initial Discovery, ADR Requirements,
and Case Management Conference and
[Proposed] Order Thereon                    2                        Case No. 09-cv-04095-PJH

and a Rule 26(f) Report is continued until March 4, 2010;

4. The initial case management conference set for December 10, 2009 is continued until March 11, 2010 or a date thereafter set by the Court.

**COUNSEL FOR PLAINTIFF:**

Dated: October 26, 2009

/s/ Gideon Kracov (with permission)
GIDEON KRACOV
801 S. Grand Avenue, Ste. 1100
Los Angeles, CA 90017
Phone: (213) 629-2071
Fax: (213) 623-7755
Email: gk@gideonlaw.net

RICHARD TOSHIYUKI DRURY
Lozeau | Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
*Counsel for Plaintiff Comite Civico del Valle, Inc.*

**COUNSEL FOR DEFENDANTS:**

Dated: October 26, 2009

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
Trial Attorney
U.S. Department of Justice
Environmental & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94150
Tel:   (415) 744-6566
Fax:   (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/27/09

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

Stipulation to Extend Answer Deadline and to
Continue Initial Discovery, ADR Requirements,
and Case Management Conference and
[Proposed] Order Thereon                   3                   Case No. 09-cv-04095-PJH