1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment and Natural Resources Division

3  ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
   U.S. Department of Justice
4  Environment & Natural Resources Division
   301 Howard Street, Suite 1050
5  San Francisco, CA 94105
   Tel:    (415) 744-6566
6  Fax:    (415) 744-6476
   Email: rochelle.russell@usdoj.gov
7  *Attorney for Defendants*

8  GIDEON KRACOV (SBN 179815)
   801 S. Grand Avenue, Ste. 1100
9  Los Angeles, CA 90017
   Phone: (213) 629-2071
10 Fax: (213) 623-7755
   Email: gk@gideonlaw.net
11
   RICHARD TOSHIYUKI DRURY (SBN 163559)
12 Lozeau - Drury LLP
   1516 Oak Street, Suite 216
13 Alameda, CA 94501
   Phone: (510) 749-9102
14 Fax: (510) 749-9103
   Email: richard@lozeaudrury.com
15 *Attorneys for Plaintiff*

16
17                   UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
18                           OAKLAND DIVISION
19

| | |
|---|---|
| COMITE CIVICO DEL VALLE, INC., | Case No. 09-cv-04095-PJH |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | **AND** |
| LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, et al. | **[PROPOSED] ORDER THEREON** |
| Defendants. | |

1    Pursuant to Paragraph 2 of the Consent Decree entered by the Court on January 29, 2010
2 in the above-captioned matter (Dkt. 11) and Federal Rule of Civil Procedure 41(a)(1), the parties
3 to this action, Plaintiff Comite Civico Del Valle, Inc. and Defendant Lisa Jackson, in her official
4 capacity as Administrator of the United States Environmental Protection Agency, et al. ("EPA" or
5 "Agency"), hereby stipulate and agree, through their undersigned counsel, that this action shall be
6 dismissed with prejudice.

7    Paragraph 2 of the Consent Decree provides that the parties will jointly request the Court
8 to dismiss this action with prejudice when the action in Paragraph 1 of the Consent Decree, taken
9 pursuant to section 110(k) of the Clean Air Act, 42 U.S.C. § 9410(k), has been completed.

10    EPA has fulfilled the obligation set forth in Paragraph 1 of the Consent Decree, which
11 required EPA to sign for publication in the Federal Register no later than June 15, 2010 a notice
12 of the Agency's final action on Imperial County Air Pollution Control District Rules 800 through
13 806. *See* Revisions to the California State Implementation Plan, Imperial County Air Pollution
14 Control District; Final Rule, 75 Fed. Reg. 39,366 (July 8, 2010) (final action dated June 15, 2010).

15    Accordingly, the parties jointly request that this action be dismissed with prejudice.

                                    Respectfully submitted,

COUNSEL FOR DEFENDANTS:

Dated: July 30, 2010                IGNACIA S. MORENO
                                    Assistant Attorney General
                                    Environment & Natural Resources Division

                                     /s/ Rochelle L. Russell
                                    ROCHELLE L. RUSSELL
                                    Trial Attorney
                                    U.S. Department of Justice
                                    Environmental & Natural Resources Division
                                    301 Howard Street, Suite 1050
                                    San Francisco, CA 94150
                                    Tel:   (415) 744-6566
                                    Email: rochelle.russell@usdoj.gov
                                    *Counsel for Defendants*

COUNSEL FOR PLAINTIFF:

Dated: July 30, 2010                 /s/ Gideon Kracov (with permission)
                                    GIDEON KRACOV
                                    801 S. Grand Avenue, Ste. 1100
                                    Los Angeles, CA 90017
                                    Phone: (213) 629-2071

Email: gk@gideonlaw.net

RICHARD TOSHIYUKI DRURY
Lozeau | Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
*Counsel for Plaintiff Comite Civico del Valle, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/30/10

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton